FILED

NOV 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10081 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-03497-RCC |
| v. | |
| EDGAR MENDOZA-ZAPATA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John A. Jarvey, District Judge, Presiding[**]

Submitted November 19, 2013[***]

Before:    CANBY, TROTT, and THOMAS, Circuit Judges.

Edgar Mendoza-Zapata appeals from the district court's judgment and

challenges the 18-month sentence imposed following his guilty-plea conviction for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

reentry after deportation, in violation of 8 U.S.C. § 1326. Because Mendoza-Zapata has fully served his custodial sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**